IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WALLACE T. LEARY,** : | |
| Petitioner, : | **CIVIL ACTION** |
| v. : | |
| : | **NO. 10-5541** |
| **JOHN KERESTES,** *et al.*, : | |
| Respondents. : | |

# ORDER

**AND NOW**, this 9th day of November 2011, after a careful and independent review of the Report and Recommendation (Doc. No. 8), Petitioner's Objections thereto (Doc. No. 15), and the entire record in this case, and for the reasons stated in the Opinion filed this day, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED and ADOPTED**;

2. The Petition (Doc. No. 1) is **DENIED**;

3. Petitioner's Objections are **OVERRULED**;

4. A Certificate of Appealability **SHALL NOT** issue; and

5. The Clerk of Court shall **CLOSE** this case.

It is so **ORDERED.**

BY THE COURT:

/s/ Hon. Cynthia M. Rufe

_____
**HON. CYNTHIA M. RUFE**